IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRYAN DE SIMAS, et al.,

   Plaintiffs,

 v.

BIG LOTS STORES, INC., et al.,

   Defendants.
             /

No. C 06-6614 SI

**ORDER EXTENDING STAY**

  This action is currently stayed, pursuant to the *Colorado River* doctrine, pending resolution of a state court action, *Espinosa*. On June 26, 2007, the Court directed the parties to submit briefs addressing whether the Court should dismiss this case without prejudice to re-filing should plaintiffs ultimately succeed in their appeal of *Espinosa*. The Court has received and reviewed the parties' responses and now rules as follows.

  In light of the uncertainty as to whether all of plaintiffs' claims would be tolled by the *Espinosa* action, and the Ninth Circuit's guidance in *Attwood v. Mendocino Coast District Hospital*, 886 F.2d 241 (9th Cir. 1989), the Court hereby extends the stay. If defendants stipulate to the tolling of all of plaintiffs' claims pending resolution of *Espinosa*, the Court will reconsider this ruling and dismiss the case without prejudice.

**IT IS SO ORDERED.**

Dated: August 7, 2007

                  SUSAN ILLSTON
                  United States District Judge