1  JACKSON LEWIS LLP
   DAVID S. BRADSHAW (SBN 44888)
2  CARY G. PALMER (SBN 186601)
   801 K Street, Suite 2300
3  Sacramento, California 95814
   Telephone: (916) 341-0404
4  Facsimile: (916) 341-0141
   E-mail: bradshawd@jacksonlewis.com
5  E-mail: palmerc@jacksonlewis.com

6  Attorneys for Defendant
   BIG LOTS STORES, INC.
7

8  BAILEY, PINNEY PC
   SUSAN SIMMONS SEEMILLER (SBN 150546)
9  840 County Sq. Dr.
   Ventura, CA, 93003
10 Telephone: (805) 339-9090
   Facsimile: (805) 339-0090
11 E-mail: sseemiller@wagelawyer.com

12 Attorneys for Plaintiffs
   BRYAN DE SIMAS and LINDA JOHNSON

13

14                UNITED STATES DISTRICT COURT

15            FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

| Bryan de Simas and Linda Johnson, individually, and on behalf of all others similarly situated, | Case No. C 06 6614 SI |
|---|---|
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| vs. | [FRCP 41(a)(1)(A)(ii)] |
| Big Lots Stores, Inc., an Ohio Corporation, and Does One through Twenty-Five, inclusive, | |
| Defendant. | Complaint Filed: October 25, 2006<br>Trial Date: None Set |

24  TO THE HONORABLE COURT, AND TO ALL PARTIES AND COUNSEL:

25  WHEREAS, pursuant to FRCP 41(a)(1)(A)(ii), Plaintiffs Bryan de Simas and Linda

26  Johnson and Defendant Big Lots Stores, Inc., by and through their counsel of record, hereby

27  jointly stipulate and agree to the dismissal with prejudice of the entire action as to all parties and

28  all causes of action and claims, with each party to bear his/her/its own respective fees and costs.

1     IT IS SO STIPULATED AND AGREED.

2   Date: May 14, 2008         JACKSON LEWIS LLP

By: _____
CARY G. PALMER

Attorneys for Defendant
BIG LOTS STORES, INC.

Date: May 7, 2008         BAILEY, PINNEY PC

By: _____
SUSAN SIMMONS SEEMILLER

Attorneys for Plaintiffs
BRYAN DE SIMAS AND LINDA JOHNSON

### ORDER

IT IS HEREBY ORDERED, pursuant to FRCP 41(a)(1)(A)(ii), that the entire action, as to all parties and all causes of action and claims therein, is dismissed with prejudice as of the date of this Order, with each party to bear his/her/its own respective fees and costs.

**IT IS SO ORDERED.**

Dated: _____     _____
UNITED STATES DISTRICT COURT JUDGE

H:\B\Big Lots\de Simas (106567)\Pleadings\022 pld Joint Stip and Order RE Dismissal with Prejudice.doc

Joint Stipulation and [Proposed] Order of Dismissal With Prejudice of Entire Action     2     Bryan de Simas, et al. vs. Big Lots Stores, Inc.
USDC ND Case No. C 06 6614 SI